UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------

James Bond ,
        Plaintiff,

                                  CONSOLIDATION ORDER

V.

                                  CV-11-4675(FB)(RLM)
New York City , et. al.            CV-11-4676(FB)(RLM)
        Defendant.

-------------------------------------------------

        IT IS ORDERED that case number __CV-11-4676__ be consolidated into lead case number __CV-11-4675__ as related actions.

        IT IS ORDERED that case number _CV-11-4676_ be administratively closed and all further entries be made on the lead case, docket number __CV-11-4675_.

                                                        s/ Judge Frederic Block
                                                        UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
            March 22, 2012